O

# United States District Court
# Central District of California

| | |
|---|---|
| DANIEL QUINN, | Case № 2:25-cv-02624-ODW (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SOUTHERN CALIFORNIA EDISON COMPANY et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

**JUDGMENT**

In light of the Court's Order **GRANTING** Defendants' Motion to Dismiss (ECF No. 24), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

    1. Defendants shall have **JUDGMENT** in its favor;

    2. Plaintiff shall receive nothing; and

    3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 4, 2025

                             _____

                                 **OTIS D. WRIGHT, II**
                    **UNITED STATES DISTRICT JUDGE**